Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE ELECTRICAL WORKERS PENSION TRUST; TRUSTEES OF THE LAS VEGAS ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST FUND, <br><br>  Plaintiffs, <br><br> vs. <br><br> CASINO SIGNS & GRAPHICS, INC., d/b/a CASINO LIGHTING & SIGN, a Nevada corporation; MARK A. JOHNSON, an individual, GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation, <br><br>  Defendants. | Case No. 2:12-cv-00539-KJD-CWH <br><br><br><br><br> **ORDER FOR DEFAULT JUDGMENT** |

Before the Court is Plaintiffs' Motion for Default Judgment against Defendants Casino Signs & Graphics, Inc. d/b/a Casino Lighting & Sign and Mark A. Johnson (collectively "Defendants"). Default having been entered against Defendants, the Court having reviewed the Plaintiffs' Motion and being fully advised, and good cause appearing:

///

020051\0090\1709376.2                               1

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that judgment is entered against Casino Signs & Graphics, Inc. d/b/a Casino Lighting & Sign for $142,009, representing delinquent contributions, liquidated damages, interest, attorneys' fees and costs, administrative fees, and audit fees.

IT IS HEREBY FURTHER ORDERED, ADJUDICATED AND DECREED that judgment is entered against Defendant Mark A. Johnson in the amount of $647,310, representing delinquent contributions, liquidated damages, interest, attorneys' fees and costs, administrative fees, and audit fees.

DATED this 29 of August, 2012.

_____
UNITED STATED DISTRICT COURT JUDGE

Respectfully submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Adam Segal
Adam P. Segal, Esq., Nevada Bar No. 6120
Bryce C. Loveland, Esq., Nevada Bar No. 10132
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

Attorneys for Plaintiffs

020051\0090\1709376.2                            2