Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE ELECTRICAL WORKERS PENSION TRUST; TRUSTEES OF THE LAS VEGAS ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>CASINO SIGNS & GRAPHICS, INC., d/b/a CASINO LIGHTING & SIGN, a Nevada corporation; MARK A. JOHNSON, an individual, GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>Defendants. | Case No. 2:12-cv-00539-KJD-CWH<br><br>**JOINT MOTION AND ORDER TO VACATE STATUS CONFERENCE** |

Plaintiffs, Trustees of the Electrical Workers Health and Welfare Trust, Trustees of the Electrical Workers Pension Trust and Trustees of the Las Vegas Electrical Joint Apprenticeship and Training Trust Fund (collectively "Trust Funds") and Defendant Great American Insurance Company ("Great American"), by and through their counsel of record, hereby jointly move and respectfully request that the Court vacate the Status Conference currently set to take place on

January 25, 2013, at 2:30 p.m.

A default judgment has already been entered against Defendants Casino Signs & Graphics, Inc., d/b/a/ Casino Lighting & Sign, and Mark A. Johnson (ECF no. 24). Additionally, Great American filed a Complaint in Nevada State Court (Case No. A-12-658511-C), interpleading the proceeds of the contractors license bonds that are at issue in this case. Accordingly, the Trust Funds and Great American have filed a Stipulation and Order for Dismissal of Great American simultaneously with this Joint Motion.

There are no remaining issues to be resolved in this matter. Therefore, the Parties respectfully request that the Court vacate the scheduled Status Conference.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | THE FAUX LAW GROUP |
|---|---|
| /s/ Bryce C. Loveland<br>Adam P. Segal, Esq.<br>Bryce C. Loveland, Esq.<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106-4614<br>Telephone: 702.382.2101<br>Facsimile: 702.382.8135 | /s/ Willi Siepmann<br>Kurt C. Faux, Esq.<br>Willi H. Siepmann, Esq.<br>1540 West Warm Springs Rd., Suite 100<br>Henderson, Nevada 89014<br>Telephone: 702.458.5790<br>Facsimile: 702.458.5794 |
| Attorneys for Plaintiffs | Attorneys for Defendant Great American Insurance Company |
| Dated: January 24, 2013. | Dated: January 24, 2013. |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 25, 2013